

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Keith Elliot Wood,                           * From the 104th District Court
                                               of Taylor County,
                                               Trial Court No. 20161B.

Vs. No. 11-16-00305-CR                       * December 15, 2016

The State of Texas,                          * Per Curiam Memorandum Opinion
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.